AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosen, Gerald E. | 2. Court or Organization<br><br>U.S. District Court - Eastern District of Michigan | 3. Date of Report<br><br>05/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address |
|---|
| Room 730<br>U.S. Courthouse<br>231 West Lafayette<br>Detroit, MI 48226 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Custodian | Custodial Account No. 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. | 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. | 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. | 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Thomson Reuters (West Group) - Book Royalties | $35,714.40 |
| 2. 2011 | Thomas M. Cooley Law School - Teaching | $7,000.00 |
| 3. 2011 | Wayne State University - Teaching | $17,402.75 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Rutter Group | 5/31/11-6/1/11 | Seattle, WA | Seminar Speaker | Meals, Lodging, Transportation |
| 2. | The Rutter Group | 6/2/11-6/4/11 | San Fransisco, CA | Seminar Speaker | Meals, Lodging, Transportation |
| 3. | The Rutter Group | 6/6/11-6/8/11 | Los Angeles, CA | Seminar Speaker | Meals, Lodging, Transportation |
| 4. | State Department of Bangkok | 6/26/11-7/2/11 | Bangkok, Thailand | Seminar Speaker | Meals, Lodging, Transportation |
| 5. | Federal Bar Association | 9/7/11-9/9/11 | Chicago, IL | Seminar Speaker | Meals, Lodging, Transportation |
| 6. | US Justice Department | 9/24/11-10/02/11 | Kyiv, Ukraine | Meeting/Seminar with Government Entity | Meals, Lodging, Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosen, Gerald E.** | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts - Detroit (Formerly National City) | A | Interest | K | T | | | | | |
| 2. IRA No. 1 | B | Dividend | M | T | | | | | |
| 3. -Transacanada | | | | | Sold | 03/17/11 | K | D | |
| 4. -Nestle's | | | | | Sold | 03/17/11 | K | D | |
| 5. -Rogers Communication | | | | | Sold | 03/17/11 | K | D | |
| 6. -MDU Resources Group | | | | | Sold | 03/17/11 | J | B | |
| 7. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 8. -Barclays Bank PLC Ipath S&P 500 VIX MidTerm Futures ETN | | | | | Buy | 03/17/11 | J | | |
| 9. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 10. -Ishares Inc MSCI Pacific Exempt Japan Index Fund | | | | | Buy | 03/17/11 | J | | |
| 11. | | | | | Sold (part) | 05/12/11 | J | A | |
| 12. -IShares TR Dow Jones US Tech Sector Index Fund | | | | | Buy | 03/17/11 | J | | |
| 13. | | | | | Sold | 04/06/11 | J | A | |
| 14. -IShares TR Russell Midcap Growth Index Fund | | | | | Buy | 03/17/11 | J | | |
| 15. | | | | | Sold | 10/03/11 | J | | |
| 16. -IShares IBOXX $Investment Grade Corp Bond Fund | | | | | Buy | 03/17/11 | J | | |
| 17. -IShares TRust Barclays TIPS Bond Fund | | | | | Buy | 03/17/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 05/13/11 | J | A | |
| 19. -IShares Trust Barclays 1-3 Year Credit Bond Fund | | | | | Buy | 03/17/11 | J | | |
| 20. -IShares Trust Barclays 1-3 Year Treasury Bond Fund | | | | | Buy | 05/13/11 | J | | |
| 21. -ProShares Trust ProShares Short S&P 500 | | | | | Buy | 03/17/11 | J | | |
| 22. | | | | | Sold (part) | 11/09/11 | J | | |
| 23. -ProShares Trust ProShares Short Russell 2000 | | | | | Buy | 03/17/11 | J | | |
| 24. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 25. | | | | | Sold (part) | 09/14/11 | J | A | |
| 26. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 27. -Sector Spdr TR SBI Industrial | | | | | Buy | 03/17/11 | K | | |
| 28. | | | | | Sold (part) | 04/19/11 | J | A | |
| 29. | | | | | Sold (part) | 06/14/11 | J | A | |
| 30. | | | | | Sold | 08/04/11 | J | | |
| 31. -SPDR Gold Trust Gold Shares | | | | | Buy | 03/17/11 | J | | |
| 32. -SPDR Series Trust SPDR KBW Regional Banking ETF | | | | | Buy | 03/17/11 | J | | |
| 33. | | | | | Sold | 05/06/11 | J | A | |
| 34. -SPDR Series Trust S&P Metal & Mining ETF | | | | | Buy | 03/17/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 03/29/11 | J | A | |
| 36. -First Trust ISE Revere Natural Gas Index Fund | | | | | Buy | 03/29/11 | J | | |
| 37. | | | | | Sold | 12/15/11 | J | | |
| 38. -Select Sector SPDR Trust SBI Utilities | | | | | Buy | 04/19/11 | J | | |
| 39. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 40. -SPDR Series Trust S&P Retail ETF | | | | | Buy | 05/06/11 | J | | |
| 41. | | | | | Sold | 08/18/11 | J | | |
| 42. -PIMCO ETF TR Enhanced Short Maturity Strategy Fund | | | | | Buy | 06/14/11 | K | | |
| 43. | | | | | Sold (part) | 09/19/11 | J | | |
| 44. | | | | | Sold (part) | 10/11/11 | J | | |
| 45. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 46. -Sector SPDR Shs Ben Int Consumer Staples | | | | | Buy | 09/14/11 | J | | |
| 47. | | | | | Sold | 11/04/11 | J | A | |
| 48. -PowerShares DB US Dollar Index Trust Bullish Fund | | | | | Buy | 09/19/11 | J | | |
| 49. -PowerShares ETF Trust II Build America Bond Port | | | | | Buy | 10/03/11 | J | | |
| 50. -IShares Trust IBOXX $High Yield Corp Bond Fd | | | | | Buy | 10/11/11 | J | | |
| 51. -First Trust Exch Traded Fd II Technology Alphadex Fund Annu | | | | | Buy | 11/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Spdr Series Trust S&P Oil & Gas Exploration & Prod ETF | | | | | Buy | 12/15/11 | J | | |
| 53. IRA No. 2 | B | Dividend | M | T | | | | | |
| 54. -Forest Oil Corp | | | | | Sold | 03/16/11 | J | A | |
| 55. -Shoppers Drug Mart Corp | | | | | Sold | 03/16/11 | J | A | |
| 56. -Apache Corp. | | | | | Sold | 03/16/11 | J | A | |
| 57. -Ensco PLC Sponsored ADR | | | | | Sold | 03/16/11 | J | B | |
| 58. -Costco Wholesale Corp | | | | | Sold | 03/16/11 | J | B | |
| 59. -El Paso Electric Co. | | | | | Sold | 03/16/11 | J | C | |
| 60. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 61. -Barclays Bank PLC IPath S&P 500 Vix MidTerm Futures ETN | | | | | Buy | 03/16/11 | J | | |
| 62. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 63. -IShares Inc MSCI Pacific Exempt Japan Index Fund | | | | | Buy | 03/16/11 | J | | |
| 64. | | | | | Sold (part) | 05/12/11 | J | A | |
| 65. -IShares TR Dow Jones US Tech Sector Index Fund | | | | | Buy | 03/16/11 | J | | |
| 66. | | | | | Sold | 04/06/11 | J | A | |
| 67. -IShares TR Russell MidCap Growth Index Fund | | | | | Buy | 03/16/11 | J | | |
| 68. | | | | | Sold | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares IBoxx $Investment Grade Corp Bond Fund | | | | | Buy | 03/16/11 | J | | |
| 70. -IShares Trust Barclays TIPS Bond Fund | | | | | Buy | 03/16/11 | J | | |
| 71. | | | | | Sold | 05/13/11 | J | A | |
| 72. -IShares Trust Barclays 1-3 Year Credit Bond Fund | | | | | Buy | 03/16/11 | K | | |
| 73. -IShares Trust Barclays 1-3 Year Treasury Bond Fund | | | | | Buy | 05/13/11 | J | | |
| 74. -ProShares Trust ProShares Short S&P 500 | | | | | Buy | 03/16/11 | J | | |
| 75. | | | | | Sold (part) | 11/09/11 | J | | |
| 76. -ProShares Trust ProShares Short Russell 2000 | | | | | Buy | 03/16/11 | J | | |
| 77. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 78. | | | | | Sold (part) | 09/14/11 | J | A | |
| 79. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 80. -Sector Spdr TR SBI Industrial | | | | | Buy | 03/16/11 | K | | |
| 81. | | | | | Sold (part) | 04/19/11 | J | A | |
| 82. | | | | | Sold (part) | 06/14/11 | J | | |
| 83. | | | | | Sold | 08/04/11 | J | | |
| 84. -SPDR Gold Trust Gold Shares | | | | | Buy | 03/16/11 | J | | |
| 85. -SPDR Series Trust SPDR KBW Regional Banking ETF | | | | | Buy | 03/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/06/11 | J | A | |
| 87.  -SPDR Series Trsut S&P Metals & Mining ETF | | | | | Buy | 03/16/11 | J | | |
| 88. | | | | | Sold | 03/29/11 | J | A | |
| 89.  -First Trust ISE Revere Natural Gas Index Fund | | | | | Buy | 03/29/11 | J | | |
| 90. | | | | | Sold | 12/15/11 | J | | |
| 91.  -Select Sector SPDR Trust SBI Utitilites | | | | | Buy | 04/19/11 | J | | |
| 92. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 93.  -Spdr Series Trust S&P Retail ETF | | | | | Buy | 05/06/11 | J | | |
| 94. | | | | | Sold | 08/18/11 | J | | |
| 95.  -Pimco ETF TR Enhanced Short Maturity Strategy Fund | | | | | Buy | 06/20/11 | K | | |
| 96. | | | | | Sold (part) | 09/19/11 | J | | |
| 97. | | | | | Sold (part) | 10/11/11 | J | | |
| 98. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 99.  -Sector SPDR TR Shs Ben Int Consumer Staples | | | | | Buy | 09/14/11 | J | | |
| 100. | | | | | Sold | 11/04/11 | J | A | |
| 101.  -PowerShares DB US Dollar Index Trust Bullish Fund | | | | | Buy | 09/19/11 | J | | |
| 102.  -PowerShares ETF Trust II Build America Bond Port | | | | | Buy | 10/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IShares Trust IBoxx $High Yield Corp Bond Fund | | | | | Buy | 10/11/11 | J | | |
| 104. -First Trust Exch Traded Fd II Technology Alphadex Fund Annu | | | | | Buy | 11/04/11 | J | | |
| 105. -SPDR Series Trust S&P Oil & Gas Exploration & Prod ETF | | | | | Buy | 12/15/11 | J | | |
| 106. Roth IRA No. 1 | A | Interest | J | T | | | | | |
| 107. -Marshall & Isley Bank Deposit Program | | | | | | | | | |
| 108. -Richmont Mines Inc | | | | | Buy | 03/17/11 | J | | |
| 109. | | | | | Sold | 04/25/11 | J | C | |
| 110. Roth IRA No. 2 | A | Interest | J | T | | | | | |
| 111. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 112. -Richmont Mines Inc | | | | | Buy | 03/17/11 | J | | |
| 113. | | | | | Sold | 04/25/11 | J | C | |
| 114. Brokerage Account No. 1 | | | | | | | | | |
| 115. -Raytheon | A | Int./Div. | J | T | | | | | |
| 116. Custodial Account No. 1 (Y) | | | | | | | | | |
| 117. -Cisco Systems, Inc. (Y) | | | | | | | | | |
| 118. -Intel Corp (Y) | | | | | | | | | |
| 119. 529 Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -American Funds Capital World Growth & Inc 529C | | | | | Sold (part) | 03/14/11 | J | A | |
| 121. | | | | | Sold (part) | 04/01/11 | J | A | |
| 122. | | | | | Sold (part) | 05/02/11 | J | A | |
| 123. | | | | | Sold (part) | 06/01/11 | J | A | |
| 124. | | | | | Sold (part) | 07/01/11 | J | A | |
| 125. | | | | | Sold (part) | 08/01/11 | J | A | |
| 126. | | | | | Sold (part) | 09/01/11 | J | A | |
| 127. | | | | | Sold (part) | 10/03/11 | J | A | |
| 128. | | | | | Sold (part) | 11/01/11 | J | A | |
| 129. | | | | | Sold (part) | 12/01/11 | J | A | |
| 130. Trust No. 1 | C | Int./Div. | L | T | | | | | |
| 131. -Haslett MI Public Schools | | | | | | | | | |
| 132. -Genesse City MI Bldg. | | | | | | | | | |
| 133. -Provident Energy LTD New | | | | | | | | | |
| 134. -Pace Oil & Gas LTD | | | | | | | | | |
| 135. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 136. Trust No. 2 | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Atlantic Power Corp New | | | | | | | | | |
| 138. -Marshall & Isley Bank - Cash Equivalent | | | | | | | | | |
| 139. Michigan Baseball Ventures, LLC Partners | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b)  "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2.  Part III. Agreements
a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

3.  Part VI. Liabilities
a.) Line 1 (2010 Report) - Marriott Vacation Club International - Liability did not exceed reporting threshold at any time during 2011.  As a result, the liability is no longer reportable and excluded from the 2011 report and it is not anticipated to be reportable in the future.

4.  Part VII. Investments and Trusts
a.) Line 133 - Provident Energy Trust TR Unit changed its name to Provident Energy LTD effect January 3, 2011.
b.) Line 139 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544